STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANGELO CAPUANO, DEFENDANT-PETITIONER.

*Messrs. Van Riper & Belmont* for the petitioner.

*Mr. David D. Furman* and *Mr. Charles S. Joelson* for the respondent.

April 13, 1959. Denied.

ISADORE GARFINKLE, PLAINTIFF-RESPONDENT, v. FILBERT GARFINKLE, DEFENDANT-PETITIONER.

*Mr. Filbert Garfinkle, in propria persona.*

*Mr. J. Bernard Saltzman* for the respondent.

April 13, 1959. Denied.